**Order entered June 5, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01329-CR

**PAUL HENRI WAGNER, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the County Criminal Court No. 10**
**Dallas County, Texas**
**Trial Court Cause No. MA11-14870-L**

## ORDER

The Court **GRANTS** the State's June 3, 2014 second motion for extension of time to file the State brief.

We **ORDER** the State to file its brief within **THIRTY (30) DAYS** from the date of this order. No further extensions will be granted.

/s/     DAVID EVANS
         JUSTICE